UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23980-CIV-COOKE/GOODMAN

MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,

    Plaintiffs,

vs.

AMERIPRISE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal Without Prejduice (ECF No. 47).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 8th day of March 2018.

                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*